IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALEX THOMAS, JR.,                                                                          PLAINTIFF
ADC #157987

CASE NO. 5:17-CV-206-JM/BD

LAFYETTE WOODS, JR., et al.                                        DEFENDANTS

**ORDER**

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Thomas's claims against Defendants Taylor, Tyler, and Perdue are DISMISSED, without prejudice.

IT IS SO ORDERED, this 11th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE